UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| LILIAN USA, LLC, a Delaware limited liability company,<br><br>        Plaintiff,<br>    v.<br><br>YECHENG LIU, an individual; and COOLBLUE INTERNATIONAL, INC., a California corporation,<br><br>        Defendants. | Case No. **2:21-cv-01812-WBS-JDP**<br><br>**ORDER RE NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL CURRENTLY SET DATES**<br><br>Assigned to the Hon. KIMBERLY J. MUELLER<br><br>Action Filed:  October 1, 2021 |

NOTICE OF SETTLEMENT
4868-5515-9567v.5 0117088-000001

**ORDER**

**IT IS ORDERED** that, pursuant to the concurrently-filed Stipulation of the parties and representation of settlement of this matter, the scheduling conference currently set for February 28, 2022 is continued to **March 28, 2022 at 1:30 p.m.**

**IT IS FURTHER ORDERED** that a Stipulation to Dismiss the Entire Action with Prejudice be filed by the Parties no later than **March 17, 2022**, or a joint status report if settlement has not been finalized by that date.

**IT IS SO ORDERED**.

Dated: February 16, 2022

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Submitted by:

ZANA BUGAIGHIS (State Bar No. 257926)
zanabugaighis@dwt.com
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone: (415) 276-6500
Facsimile: (415) 276-6599

MARK BURNSIDE (State Bar No. 323824)
markburnside@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017
Telephone: (206) 622-3150
Facsimile: (206) 757-7700

*Attorneys for Plaintiff*
LILIAN USA, LLC

SHEILA LAMB CARROLL (State Bar No. 142764)
scarroll@thecarrollfirm.com
SAMANTHA I. PRANATADJAJA (State Bar No. 305383)
samantha@thecarrollfirm.com
CARROLL & ASSOCIATES, PC
3600 American River Drive, Suite 205
Sacramento, CA 95834
Telephone: (916) 488-5388
Facsimile:: (916) 488-5387

*Attorneys for Defendants*
YECHENG LIU; and COOLBLUE INTERNATIONAL, INC.

2

NOTICE OF SETTLEMENT
4868-5515-9567v.5 0117088-000001

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899