1  ZANA BUGAIGHIS (State Bar No. 257926)
   zanabugaighis@dwt.com
2  DAVIS WRIGHT TREMAINE LLP
   920 Fifth Avenue, Suite 3300
3  Seattle, WA 98104
   Telephone: (415) 276-6500
4  Facsimile: (415) 276-6599

5  MARK BURNSIDE (State Bar No. 323824)
   markburnside@dwt.com
6  DAVIS WRIGHT TREMAINE LLP
   865 South Figueroa Street, 24th Floor
7  Los Angeles, California  90017
   Telephone:  (206) 622-3150
8  Facsimile:  (206) 757-7700

   *Attorneys for Plaintiff*
9  LILIAN USA, LLC

10 SHEILA LAMB CARROLL (State Bar No. 142764)
   scarroll@thecarrollfirm.com
11 SAMANTHA I. PRANATADJAJA (State Bar No. 305383)
   samantha@thecarrollfirm.com
12 CARROLL & ASSOCIATES, PC
   3600 American River Drive, Suite 205
13 Sacramento, CA 95834
   Telephone: (916) 488-5388
14 Facsimile:: (916) 488-5387

   *Attorneys for Defendants*
15 YECHENG LIU; and COOLBLUE INTERNATIONAL, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| LILIAN USA, LLC, a Delaware limited liability company,<br><br>                    Plaintiff,<br><br>        v.<br><br>YECHENG LIU, an individual; and COOLBLUE INTERNATIONAL, INC., a California corporation,<br><br>                    Defendants. | Case No. **2:21-cv-01812-WBS-JDP**<br><br>**STIPULATION TO DISMISS THE ENTIRE ACTION WITH PREJUDICE AND ORDER**<br><br>Assigned to the Hon. William B. Shubb<br><br>Action Filed: October 1, 2021 |

STIPULATION TO DISMISS                   2

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

**STIPULATION TO DISMISS THE ENTIRE ACTION WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii), Plaintiff Lilian USA, LLC ("Lilian"), and defendants Yecheng Liu and Coolblue International, Inc. (collectively, "Defendants") jointly file this Stipulation to Dismiss the Entire Action with Prejudice and respectfully request that the Court dismiss this action with prejudice.

The parties agree that each party will bear its own attorneys' fees and costs incurred in connection with this action.

RESPECTFULLY SUBMITTED this 14th day of March.

DAVIS WRIGHT TREMAINE LLP

By /s/ Zana Bugaighis
Zana Bugaighis (State Bar No. 257926)
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
zanabugaighis@dwt.com

Mark Burnside (State Bar No. 323824)
865 South Figueroa Street, 24th Floor
Los Angeles, California  90017
Telephone:  (206) 622-3150
Facsimile:  (206) 757-7700
markburnside@dwt.com

*Attorneys for Plaintiff*
LILIAN USA, LLC

&

CARROLL & ASSOCIATES, PC

By /s/ Samantha I. Pranatadjaja
Sheila Lamb Carroll (State Bar No. 142764)
Samantha I. Pranatadjaja (State Bar No. 305383)
3600 American River Drive, Suite 205
Sacramento, CA 95834
Telephone: (916) 488-5388
Facsimile:: (916) 488-5387
scarroll@thecarrollfirm.com
samantha@thecarrollfirm.com

*Attorneys for Defendants*
YECHENG LIU; and COOLBLUE INTERNATIONAL, INC.

STIPULATION TO DISMISS   3

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

1 **ORDER**

2 IT IS SO ORDERED.

3 Dated:  March 14, 2022

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE